**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2007 MAY 29  A 11: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

|  |  |  |
|---|---|---|
| CIRCLE K STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: _____ |
| | ) | 2:07 cv 474 - ID |
| MICHAEL W. KING and JAMES M. KING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

### STATEMENT OF THE PARTIES

1.    Plaintiff Circle K Stores, Inc. ("Circle K " or "Plaintiff") is a company organized and existing under the laws of the state of Texas and with its principal place of business in Tempe, Arizona.

2.    Upon information and belief, Defendant Michael W. King is a resident of the State of Alabama with his principal residence in Montgomery County, Alabama.

3.    Upon information and belief, Defendant James M. King is a resident of the State of Alabama with his principal residence in Montgomery County, Alabama.

4.    The property made issue in this Complaint and in the Lease agreement described herein is located in Montgomery County, Alabama.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §

1332 in that complete diversity exists between the Plaintiff and Defendants, and Plaintiff seeks

damages in excess of $75,000, as described herein, exclusive of interest and costs. Venue is

proper in this Court pursuant to 28 U.S.C. § 81(b)(1)

## FACTS

6.     This action arises out of Defendants' breach, repudiation, and abandonment of a

lease agreement.   The lease was entered into on or about November 20, 2005 between Spectrum

Realty, Inc. ("Spectrum") and Defendants James and Michael King (hereinafter "the Lease").

Plaintiff Circle K acquired all of Spectrum's rights under the Lease pursuant to a June 2006

purchase and assignment agreement.

7.     Pursuant to the Lease, Defendants opened and began operating a martial arts

school at a piece of commercial property on the northwest corner of Burbank Drive and Atlanta

Highway in Montgomery, Alabama.  However, beginning in the Fall of 2006, Defendants

stopped making their rent payments and abandoned the property and the Lease.  This conduct

constitutes an event of default under the unambiguous terms of the Lease.

8.     Though Circle K had no obligation to do so, it provided Defendants with formal

written notice of its default under the Lease.  Defendants have not responded.

9.     As a result, Circle K has accelerated the outstanding rents due under the Lease.

Circle K is also entitled to: attorney fees, late fees, costs, interest, consequential damages, and

any other damages as provided by contract and/or applicable law.

## COUNT ONE

10.     Plaintiffs adopt and reallege each and every material allegation contained in paragraphs 1-9 as if fully set forth herein.

11.     Circle K requests that this Court enter an order:

      a.     Declaring that Defendants defaulted under the terms of the Lease;

      b.     Declaring that Defendants' failure to make payments pursuant to the Lease constitutes a repudiation and breach of the Lease;

      c.     Declaring that the Plaintiff is entitled to damages due to Defendants' breaches and defaults, including but not limited to, the following types of damages:  unpaid rents, accelerated rents, late fees, costs, interest, and attorney fees;

      e.     Declaring the Plaintiff may, without breaching any obligations or agreement with Defendants, lease the property that is the subject of the Lease, to another party; and

      f.     Declaring that Defendants must pay all of Plaintiff's costs and expenses, including attorney fees, that Plaintiff has incurred in connection with the subject defaults and breaches and in litigating this action.

**WHEREFORE,** Plaintiff requests that this Court enter a declaratory judgment adjudicating their rights under the Lease as set forth above.

3

## COUNT TWO

12.    Plaintiff adopts and realleges each and every material allegation contained in paragraphs 1-11 as if fully set forth herein.

13.    Among other ways, Defendants have breached the Lease by (a) failing to pay the monthly rental payment as specified pursuant to the Lease, (b) abandoning the premises, (c) removing property from the premises and thereby damaging the premises.

14.    Such conduct constitutes a breach of the Lease.

15.    Circle K has satisfied all conditions for recovery.

16.    Circle K has been damaged by said breaches.

**WHEREFORE,** Circle K demands judgment against Defendants for all damages arising from Defendants' breach of the Lease, together with interest, costs, and attorney fees as provided for by the Lease and/or applicable law.

_____
One of the Attorneys for Plaintiff
Circle K Stores, Inc.

OF COUNSEL:
J. Banks Sewell (SEWEB4299)
David R. Pruet III (PRUED9725)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

4

**PLEASE SERVE BY PROCESS SERVER TO:**

Michael W. King and James M. King
3120 Rolling Road
Montgomery, Alabama  36111-1718