AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 29, 2007 |
| NAME OF SERVER *(PRINT)* Jeff Abbett | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: Donny King

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/29/07     *Signature of Server:* Jeffry W. Abbett
       *Date*

P.O. Box 173 Warrior, AL 35180
*Address of Server*

**RETURNED AND FILED**

JUN – 1 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Circle K Stores, Inc.,
    Plaintiff,

V.

Michael W. King and James M. King,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv474-ID

[Stamp: RECEIVED 2007 JUN -1 A 10:55 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

TO: (Name and address of Defendant)

    Michael W. King
    3120 Rolling Road
    Montgomery, Alabama 36111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    J. Banks Sewell
    David R. Pruet, III
    John D. Mayo
    Lightfoot Franklin & White, LLC
    400 20th St. North
    Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett             5/29/2007
CLERK                                                              DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE May 29, 2007 |
| NAME OF SERVER *(PRINT)* Jeff Abbett | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: Donny King

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/07
            Date

Signature of Server: Jeff Abbett

Address of Server: P.O. Box 173, Warrior, AL 35180

**RETURNED AND FILED**

JUN - 1 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2007 JUN -1 A 10: 55
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Circle K Stores, Inc.,
Plaintiff,

V.

Michael W. King and James M. King,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv474-ID

TO: (Name and address of Defendant)

James M. King
3120 Rolling Road
Montgomery, Alabama 36111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Banks Sewell
David R. Pruet, III
John D. Mayo
Lightfoot Franklin & White, LLC
400 20th St. North
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                          5/29/2007

CLERK                                                        DATE

_Ben Robinson_

(By) DEPUTY CLERK