IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:07CV474-1D |
| ) | |
| MICHAEL W. KING and JAMES M. KING, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. Circle K Stores Inc. is a wholly-owned indirect subsidiary of Alimentation Couche-Tard Inc. which is a publicly traded company on the Toronto Stock Exchange.

/s/ John D. Mayo
One of the Attorneys for Plaintiff
Circle K Stores, Inc.

OF COUNSEL:
J. Banks Sewell (SEWEB4299)
David R. Pruet III (PRUED9725)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700

(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of June, 2007, I served the foregoing upon all parties to this proceeding, by placing a copy thereof in the United States Mail, first-class postage thereon prepaid and properly addressed as follows:

James M. King
Michael W. King
3120 Rolling Road
Montgomery, Alabama  36111

                                            Respectfully submitted,

                                            /s/ John D. Mayo_____
                                            Of Counsel