IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:07 CV 474-1D |
| ) | |
| MICHAEL W. KING and JAMES M. KING, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS MICHAEL W. KING AND JAMES M. KING

Plaintiff Circle K Stores, Inc. ("Circle K"), by and through its undersigned attorneys, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, to enter a default against defendants Michael W. King and James M. King for their failure to plead or otherwise defend the action brought by Circle K as appears from the attached affidavit.

Respectfully submitted this 6th day of August, 2007.

/s/ John D. Mayo
One of the Attorneys for Plaintiff
Circle K Stores, Inc.

OF COUNSEL:
J. Banks Sewell (SEWEB4299)
David R. Pruet III (PRUED9725)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of August, 2007, served the foregoing upon counsel of record for all parties to this proceeding, by placing a copy thereof in the United States Mail, first-class postage thereon prepaid and properly addressed as follows:

Michael W. King and James M. King
3120 Rolling Road
Montgomery, Alabama 36111-1718


/s/ John D. Mayo
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:07 CV 474-1D |
| ) | |
| MICHAEL W. KING and JAMES M. KING, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MICHAEL W. KING AND JAMES M. KING**

**STATE OF ALABAMA** )
)
**COUNTY OF JEFFERSON** )

JOHN D. MAYO, ESQUIRE, being duly sworn, deposes and says:

1. I am one of the Plaintiff's attorney of record, and have personal knowledge of the facts set forth in this affidavit.

2. I have read the Complaint filed in this action and know of its contents.

3. On May 29, 2007, Plaintiff filed in this cause a complaint against the defendants Michael W. King and James M. King.

3. The Defendants Michael W. King and James M. King were served on served with a copy of the summons, together with a copy of Plaintiff's Complaint, on May 29, 2007. A copy of the proof of service which was filed with the Court on June 1, 2007 is attached hereto as Exhibit A.

4. More than twenty (20) days have elapsed since the date on which the defendants were served with the summons and a copy of the complaint.

5. The defendants have failed to answer or otherwise defend as to plaintiff's Complaint. They have failed to serve upon attorneys of record for plaintiff or file with the Court a copy of any answer or other defense that they might have had.

6. The Defendants Michael W. King and James M. King have defaulted for failure to appear in this action.

7. Defendants Michael W. King and James M. King are not, to my knowledge, infants or incompetent persons, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940. Our office has searched for information on Michael W. King and James M. King using an Internet based search engine, and we have not discovered any information leading us to believe that either Michael W. King or James M. King are an infant, an incompetent person, or in the military service.

_____
John D. Mayo, Esquire

SWORN To and subscribed before me this 6th day of August, 2007, by John D. Mayo, who is personally known to me.

Pam S Bolton
_____
Notary Public                                    (SEAL)

Pam S Bolton _____ Print Name

7/2/08
_____
My Commission Expires

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:07 CV 474-1D |
| ) | |
| MICHAEL W. KING and JAMES M. KING, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER OF DEFAULT AGAINST DEFENDANTS MICHAEL W. KING AND JAMES M. KING CLERK'S SIGNATURE REQUIRED**

THIS MATTER having come on regularly for hearing before this Court upon the motion of plaintiff for an order of default, and it appearing from the file and affidavit of service that venue is proper and that defendants Michael W. King and James M. King are now in default; now, therefore, it is

ORDERED that defendants Michael W. King and James M. King are in default and the default is hereby entered.

DONE IN COURT this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT DEPUTY CLERK

# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 29, 2007 |
| NAME OF SERVER (PRINT) | TITLE |
| Jeff Abbett | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Donny King

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/07
Date

Signature of Server

P.O. Box 173 Warrior, AL 35180
Address of Server

RETURNED AND FILED

JUN - 1 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |

Circle K Stores, Inc.,
Plaintiff,

V.

Michael W. King and James M. King,
Defendants.

RECEIVED
2007 JUN -1 A 10:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
....LE DISTRICT ALA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV474-ID

TO: (Name and address of Defendant)

Michael W. King
3120 Rolling Road
Montgomery, Alabama 36111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Banks Sewell
David R. Pruet, III
John D. Mayo
Lightfoot Franklin & White, LLC
400 20th St. North
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                     5/29/2007
CLERK                                                   DATE

_[signature]_
(By) DEPUTY CLERK

⪦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 29, 2007 |
| NAME OF SERVER (PRINT) Jeff Abbett | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Donny King

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/07         *Jeff Abbett*
               Date              Signature of Server

P.O. Box 173, Warrior, AL 35180
Address of Server

RETURNED AND FILED

JUN - 1 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2007 JUN -1 A 10: 55
DEBRA P. HACKETT CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Circle K Stores, Inc.,
Plaintiff,

V.

Michael W. King and James M. King,
Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07cv474-ID

TO: (Name and address of Defendant)

James M. King
3120 Rolling Road
Montgomery, Alabama 36111

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Banks Sewell
David R. Pruet, III
John D. Mayo
Lightfoot Franklin & White, LLC
400 20th St. North
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                5/29/2007
CLERK                                           DATE

Ben Robinson
(By) DEPUTY CLERK