IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CIRCLE K STORES, INC.                    )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )    Civil Action No. 2:07-CV-474-ID
                                         )
MICHAEL W. KING and JAMES M. KING,       )
                                         )
        Defendants.                      )

ENTRY OF DEFAULT

It appearing that defendants, Michael W. King and James M. King,  were duly served with

a copy of the summons and complaint on May 29, 2007. and said defendants have failed to answer

or otherwise defend this action as set out in the affidavit of one of the attorneys for Circle K Stores,

Inc., filed herein on August 6, 2007, as required by law.

DEFAULT is hereby entered against said defendants, Michael W. King and James M. King.

DONE THIS  8th  day of  August , 2007.


                        /s/ Debra P. Hackett
        _____
                        DEBRA P. HACKETT
                        CLERK, UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF ALABAMA