IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CIRCLE K STORES, INC., | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 2:07 CV 474-ID |
| MICHAEL W. KING, | * | |
| Defendant. | * | |

**ANSWER SUGGESTING BANKRUPTCY**

Comes now the Defendant, Michael W. King, and makes known unto this Court that he has filed a Chapter 7 bankruptcy in the Middle District of Alabama, Northern Division, Case Number 2007-31242, and that pursuant to 11 U.S.C. §362(a) an automatic stay is now in effect.

/S/ Gregory M. Pool
GREGORY M. POOL

OF COUNSEL:
GREGORY M. POOL (POO018)
Attorney at Law
Post office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the ___22___ day of August, 2007.

Honorable John D. Mayo
400 North 20th Street
Birmingham, Alabama 35203-3200

                                               */S/ Gregory M. Pool*
                                               BENJAMIN E. POOL