IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CIRCLE K STORES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:07cv474-ID |
| v. | ) |
| | ) |
| **MICHAEL W. KING, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Before the court is an Answer Suggesting Bankruptcy, filed August 22, 2007 (Doc. No. 7), by which Defendant Michael W. King notifies the court that he has filed a Chapter 7 bankruptcy petition. Accordingly, it is CONSIDERED and ORDERED that, pursuant to 11 U.S.C. § 362(a), this litigation with respect to Defendant Michael W. King be and the same is hereby STAYED.

Plaintiff and Defendant Michael W. King are hereby DIRECTED to file a joint report with the court on November 26, 2007, as to the status of the bankruptcy proceedings and, if the stay still is in effect, again on February 28, 2008.

DONE this 23rd day of August, 2007.

        /s/ Ira DeMent
        SENIOR UNITED STATES DISTRICT JUDGE