IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CIRCLE K STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-CV-0474-ID |
| | ) | |
| MICHAEL W. KING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's Motion for Final Default Judgment Against Defendant James M. King, filed August 31, 2007 (Doc. No. 9), it is

ORDERED that Defendant James M. King show cause, if any there be, on or before September 14, 2007, why said motion should not be granted.

DONE this 31st day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE