**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

James M. King
3120 Rolling Road
Montgomery, AL 36111

07-474 Show Cause Order (10)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                    9/1/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0005 4873 7965

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540