IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:07-CV-0474-ID |
| | ) |
| MICHAEL W. KING, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's Petition for Attorney Fees and Expenses, filed November 19, 2007 (Doc. No. 14), it is ORDERED that Defendant James M. King show cause, if any there be, on or before December 10, 2007, why said petition should not be granted.

DONE this 26th day of November, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE