IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CIRCLE K STORES, INC.,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:07cv474-ID |
| v. | ) |
| | ) |
| **MICHAEL W. KING, et al.,** | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Circle K Stores' motion for attorney's fees and expenses (Doc. No. 14), it is ORDERED that said motion be and the same is hereby DENIED without prejudice with leave to re-file when all claims in this lawsuit have been resolved. (See Order, filed Nov. 2, 2007, at 3 n.2 (Doc. No. 12).)

DONE this 23nd day of January, 2008.

                                         /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE