IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL W. KING and JAMES M. KING, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 2:07 CV 474-1D |

**NOTICE OF DISMISSAL OF DEFENDANT MICHAEL W. KING
WITHOUT PREJUDICE**

Plaintiff Circle K Stores Inc. ("Circle K") says as follows in support of its Notice of Dismissal of Defendant Michael W. King:

1. Circle K filed this suit on May 29, 2007.

2. On August 22, 2007, Defendant Michael W. King filed a suggestion of bankruptcy.

3. On November 2, 2007, this Court entered a default judgment against Defendant James M. King. The default judgment left open Circle K's ability to petition for attorney fees.

4. On January 23, 2008, this Court denied Circle K's petition for attorney fees "without prejudice with leave to re-file when all claims in this lawsuit have been resolved."

5. In light of the foregoing, Circle K hereby gives notice of its dismissal of Michael W. King from this suit without prejudice. This notice is also without prejudice to Circle K's default judgment against Defendant James M. King.

- 1 -

6.   With the dismissal of Defendant Michael W. King, all claims in this lawsuit have now been resolved, and Circle K is therefore re-filing its attorney fee petition contemporaneously herewith.

Respectfully submitted this 22nd day of February, 2008,



_____
One of the Attorneys for Plaintiff

OF COUNSEL:

J. Banks Sewell (SEWEB4299)
David R. Pruet III (PRUED9725)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of February 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory M. Pool, Esq.
Attorney at Law
P.O. Box 2247
Montgomery, AL 36102-2247

_____
Of Counsel