IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO.: 2:07 CV 474-1D |
| MICHAEL W. KING and JAMES M. KING, | ) ) |
| Defendants. | ) ) |

## RENEWED PETITION FOR ATTORNEY FEES AND EXPENSES

Plaintiff Circle K Stores Inc. ("Circle K"), pursuant to this Court's November 2, 2007 Order granting Motion for Entry of default Judgment, hereby renews its Petition for Attorney Fees and Expenses and requests that the Court approve an award of attorney fees and expenses totaling $9,482.64. In support of this petition, Circle K submits the Affidavit of David R. Pruet III, attached hereto as Exhibit A, and the pleadings, records and files in this action.

Respectfully Submitted,

/s/ David R. Pruet III
One of the Attorneys for Plaintiff
Circle K Stores Inc.

1

OF COUNSEL:
J. Banks Sewell (SEWEB4299)
David R. Pruet III (PRUED9725)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 22nd day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory M. Pool, Esq.
Attorney at Law
P.O. Box 2247
Montgomery, AL 36102-2247


                                    /s/ David R. Pruet III
                                    Of Counsel

## AFFIDAVIT IN SUPPORT OF FEES AND COSTS

David R. Pruet III, being duly sworn, deposes and says:

1. I am one of the attorneys representing Plaintiff, Circle K Stores Inc. ("Circle K"), and I have personal knowledge of the facts set forth in this affidavit.

2. Attached hereto are true and correct copies of invoices reflecting the fees and costs incurred by Circle K in this matter through August, 2007. Those fees and costs total $9091.64. Furthermore, from September, 2007 through the present date Circle K has incurred an additional $391.00 in fees and expenses that have not yet been billed by our firm. Thus, Circle K's total fees and expenses through the present date equal approximately $9,482.64. Circle K expressly reserves all privileges associated with this work and these invoices.

3. The sums reflected on the attached invoices and the additional time and expenses referenced above were all actually, necessarily, and reasonably incurred by Circle K in connection with its prosecution of this suit.

FURTHER AFFIANT SAYETH NOT.

_____
David R. Pruet III

Sworn to and subscribed before me on
this the 9th day of Nov, 2007.

_____
Notary Public
My Commission Expires: 7-11-11

EXHIBIT A

1

The Clark Building
400 20th Street North
BIRMINGHAM, ALABAMA 35203-3200
Telephone (205) 581-0700
Facsimile (205) 581-0799
FEIN 63-1015138

September 17, 2007

Gina McGowan
Real Estate Coordinator SE Division
Circle K Stores Inc
2240 Whitehall Park Dr., Ste 800
Charlotte, NC 28273

Re: King, Michael and James King
I.D. CK005-00002 JBS                                    Invoice # 96887

For Services Rendered Through August 31, 2007

Current Fees                               2,220.75

Current Disbursements                         20.03

Total Current Charges for this Bill              $    2,240.78

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

400 20th Street North
BIRMINGHAM, ALABAMA 35203-3200
Telephone (205) 581-0700
Facsimile (205) 581-0799
FEIN - 63-1015138

August 10, 2007

Gina McGowan
Real Estate Coordinator-SE Division
Circle K Stores Inc.
2240 Whitehall Park Dr., Ste 800
Charlotte, NC 28273

Re: King, Michael and James King
I.D. CK005-00002- JBS                                    Invoice # 96471

For Services Rendered Through July 31, 2007

Current Fees                              1,648.75

Current Disbursements                         0.08

Total Current Charges for this Bill              $      1,648.83

PLEASE RETURN THIS PAGE WITH YOUR PAYMENT

The Clark Building
400 20th Street North
BIRMINGHAM, ALABAMA 35203-3200
Telephone (205) 581-0700
Facsimile (205) 581-0799
FEIN - 63-1015138

July 12, 2007

Gina McGowan
Real Estate Coordinator-SE Division
Circle K Stores Inc.
2240 Whitehall Park Dr., Ste 800
Charlotte, NC 28273

Re: King, Michael and James King
I.D. CK005-00002- JBS                           Invoice # 96036

For Services Rendered Through June 30, 2007

Current Fees                                    488.25

Current Disbursements                           310.35

Total Current Charges for this Bill        $        798.60

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

The Clark Building
400 20th Street North
BIRMINGHAM, ALABAMA 35203-3200
Telephone (205) 581-0700
Facsimile (205) 581-0799
FEIN 63-1015138

June 11, 2007

Gina McGowan
Real Estate Coordinator SE Division
Circle K Stores Inc.
2240 Whitehall Park Dr., Ste 800
Charlotte, NC 28273

Re: King, Michael and James King
I.D. CK005-00002-JBS                                    Invoice # 95452

For Services Rendered Through May 31, 2007

Current Fees                                  2,844.00

Current Disbursements                           436.04

Total Current Charges for this Bill                   $      3,280.04

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

The Clark Building
400 20th Street North
BIRMINGHAM, ALABAMA 35203-3200
Telephone (205) 581-0700
Facsimile (205) 581-0799
FEIN - 63-1015138

May 10, 2007

Gina McGowan
Real Estate Coordinator-SE Division
Circle K Stores Inc.
2240 Whitehall Park Dr., Ste 800
Charlotte, NC 28273

Re: King, Michael and James King
I.D. CK005-00002- JBS                                 Invoice # 95215

For Services Rendered Through April 30, 2007

Current Fees                          1,117.50

Current Disbursements                     5.89

Total Current Charges for this Bill              $    1,123.39

PLEASE RETURN THIS PAGE WITH YOUR PAYMENT