IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CIRCLE K STORES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:07cv474-ID |
| v. | ) |
| | ) |
| **MICHAEL W. KING, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court is Plaintiff Circle K Stores' Renewed Petition for Attorney's Fees and Expenses, which the court construes as a Renewed Motion for Attorney's Fees and Expenses.  (Doc. No. 21.)  The Renewed Motion is accompanied by an affidavit, but the affidavit and attached invoices are too conclusory to permit a meaningful review of whether the requested fees and expenses were necessarily incurred and are reasonable in amount.  See, e.g., Spafford v. Crescent Credit Corp., 497 So.2d 160, 163 (Ala. Civ. App. 1986) ("In this court's opinion, the better practice would be for the trial court to require testimony or other evidence regarding the reasonableness of an attorney's fee requested in any case.").  Accordingly, it is CONSIDERED and ORDERED that Plaintiff's Renewed Motion be and the same is hereby DENIED without prejudice, with leave to refile with appropriate proof by March 24, 2008.

DONE this 22nd day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE