IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CIRCLE K STORES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:07 CV 474-1D |
| | ) | |
| MICHAEL W. KING and JAMES M. KING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RENEWED AND REVISED PETITION FOR AWARD OF ATTORNEY FEES AND EXPENSES

Plaintiff Circle K Stores Inc. ("Circle K"), pursuant to this Court's November 2, 2007 Order granting the Motion for Entry of Default Judgment against defendant James M. King, hereby renews its Petition for Attorney Fees and Expenses and requests that the Court approve an award of attorney fees and expenses totaling $9,482.64. In support of this Petition, Circle K submits the Affidavit of David R. Pruet, III, attached hereto as Exhibit A, and the pleadings, records and files in this action.

Circle K has filed this Petition in advance of the March 24, 2008 deadline set by the Court in its February 22, 2008 Order. Should the Court require additional information or detail concerning the fees and expenses incurred as a result of this litigation, Circle K requests leave to supplement this filing.

Respectfully Submitted,

/s/ David R. Pruet III
One of the Attorneys for Plaintiff
Circle K Stores Inc.

1

OF COUNSEL:
J. Banks Sewell (SEWEB4299)
David R. Pruet III (PRUED9725)
John D. Mayo (MAYOJ2469)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 7th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Gregory M. Pool, Esq.
      Attorney at Law
      P.O. Box 2247
      Montgomery, AL 36102-2247

      I hereby certify that I have on this 7th day of March, 2008, served the foregoing upon counsel of record for all parties to this proceeding, by placing a copy thereof in the United States Mail, first-class postage thereon prepaid and properly addressed as follows:

      James M. King
      3120 Rolling Road
      Montgomery, Alabama  36111-1718

      /s/ David R. Pruet III
      Of Counsel

## AFFIDAVIT IN SUPPORT OF FEES AND EXPENSES

David R. Pruet III, being duly sworn, deposes and says:

1. I am one of the attorneys representing Plaintiff, Circle K Stores Inc. ("Circle K"), and I have personal knowledge of the facts set forth in this affidavit.

2. Attached hereto is a chart reflecting the fees and expenses incurred by Circle K in prosecuting this matter against defendant James M. King. See Exhibit 1. These fees and expenses total approximately $9,482.64.

3. These fees and expenses were all actually, necessarily, and reasonably incurred by Circle K in connection with its prosecution of this suit. Circle K expressly reserves all privileges associated with this work and the chart outlining the incurred fees and expenses.

4. The chart reflects time recorded by the following attorneys at Lightfoot, Franklin & White, L.L.C.: J. Banks Sewell, III (JBS), David R. Pruet, III (DRP), and John D. Mayo (JDM). Attorney biographical details for these attorneys are attached hereto as Exhibit 2.

FURTHER AFFIANT SAYETH NOT.

_____
David R. Pruet III

Sworn to and subscribed before me on this the 6th day of March 2008.

_____
Notary Public
My Commission Expires: 7-11-11

**Exhibit A**

1

# Fees and Expenses Incurred for Circle K Stores, Inc. v. Michael King et al.[1]

Task: Review and Organize Client Documents and Identify and Research Claims Available to Circle K

| Attorney/Paralegal | Hours | Rate/Hr ($) | Fees ($) | Expenses[2] ($) | Total ($) |
|---|---|---|---|---|---|
| JBS | 1 | 300 | 300.00 | | |
| DRP | 2 | 225 | 450.00 | | |
| JDM | 1.5 | 170 | 255.00 | | |
| JKM[3] | 0.9 | 125 | 112.50 | | |
| **Task Totals** | **5.4** | | **1,117.50** | **5.89** | **1,123.39** |

Task: Prepare Complaint and Coordinate Filing and Service of Process on Defendants

| Attorney | Hours | Rate/Hr ($) | Fees ($) | Expenses ($) | Total ($) |
|---|---|---|---|---|---|
| JBS | 1.25 | 300 | 375.00 | | |
| DRP | 1 | 225 | 225.00 | | |
| JDM | 13.2 | 170 | 2244.00 | | |
| **Task Totals** | **15.5** | | **2,844.00** | **746.39** | **3,280.04** |

---

[1] The chart of fees and expenses incurred does not include fees or expenses for researching the bankruptcy of defendant Michael W. King, preparing and filing the notice of dismissal, or re-filing the petition for fees and expenses.

[2] Expenses consist of charges for copies, long distance telephone calls, facsimile charges, service of process, and filing fees.

[3] Janet Mitchell is a paralegal.

**EXHIBIT 1**

Task: Research Corporate Structure, Communication with Client Regarding Same, and Prepare and File Corporate Disclosure Statement

| Attorney | Hours | Rate/Hr ($) | Fees ($) | Expenses ($) | Total ($) |
|---|---|---|---|---|---|
| JBS | .25 | 300 | 75.00 | | |
| DRP | .25 | 225 | 56.25 | | |
| JDM | 2.1 | 170 | 357.00 | | |
| **Task Totals** | **2.6** | | **488.25** | **0.00** | **488.25** |

Task: Research, Prepare, and File Application to Clerk for Entry of Default and Motion for Final Default Judgment

| Attorney | Hours | Rate/Hr ($) | Fees ($) | Expenses ($) | Total ($) |
|---|---|---|---|---|---|
| JBS | 3.5 | 300 | 1,050.00 | | |
| DRP | 1.5 | 225 | 337.50 | | |
| JDM | 14.6 | 170 | 2482.00 | | |
| **Task Totals** | **19.6** | | **3869.50** | **20.11** | **3889.21** |

Task: Research, Prepare, and File Motion for Attorney Fees and Expenses

| Attorney | Hours | Rate/Hr ($) | Fees ($) | Expenses ($) | Total ($) |
|---|---|---|---|---|---|
| JBS | 0.3 | 300 | 90.00 | | |
| DRP | 0.5 | 225 | 112.05 | | |
| JDM | 1.1 | 170 | 187.00 | | |
| **Task Totals** | **2** | | **389.50** | **1.50** | **391.00** |
| **Case Totals** | **44.2** | | **$8,708.75** | **$773.89** | **$9,482.64** |

**LIGHTFOOT FRANKLIN & WHITE LLC**
TRIAL & APPELLATE COUNSEL

# J. BANKS SEWELL III
Partner

Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

**Direct Dial:** 205-581-0760
**E-mail:** bsewell@lightfootlaw.com
**Fax:** 205-380-9160

-- Select An Attorney --



Banks Sewell joined Lightfoot Franklin & White shortly after we opened our doors in 1991 after completing Vanderbilt Law School and a clerkship with the United States Sixth Circuit Court of Appeals. Since that time his practice has grown to include clients in virtually every industry across the commercial spectrum. Banks has successfully tried to verdict cases ranging from catastrophic products liability to consumer fraud to First Amendment claims. He has particular expertise in the areas of rollover and fire litigation, serving as national lead trial counsel for a number of manufacturers in the automotive and aviation industries.

Banks is a firm believer in the tenacious but ethical representation of clients. His approach is to tailor his efforts to meet their needs, whether it be a speedy resolution or to the end of the trial and appellate courts. Banks knows that knowledge of the law is not enough; effective representation requires knowledge of the client, the client's industry and how to simply, but forcefully, communicate with the jury and the Court.

Outside the practice of law, Banks is a proud husband and father of two, as well as a committed outdoorsman. He and his family are involved in a variety of community activities.

**Practice Areas:**

- Class Actions
- Consumer Fraud and Bad Faith
- Media and Communications Law
- Product Liability

**Education:**

- J.D., Vanderbilt University Law School, 1990.
- B.A., Hampden-Sydney College, 1987.

**Admitted:**

- Alabama, 1990

**EXHIBIT 2**

Our Firm | Practice Areas | Attorneys | Technology | Recruiting
News & Events | Client Extranet | Contact Us | Home

© 2006 Lightfoot, Franklin & White, LLC
Disclaimer

# LIGHTFOOT FRANKLIN & WHITE LLC
### TRIAL & APPELLATE COUNSEL

## DAVID R. PRUET III
Partner

Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

**Direct Dial:** 205-581-1528
**E-mail:** dpruet@lightfootlaw.com
**Fax:** 205-380-9128

Mr. Pruet joined Lightfoot, Franklin & White in 2000. His practice focuses on complex commercial litigation for both corporate plaintiffs and defendants, including disputes concerning leases and land use, dealer/manufacturer agreements, broker agreements, and intellectual property. Mr. Pruet also regularly handles claims brought against financial services companies and insurance companies.

Mr. Pruet obtained his undergraduate degree in History from Davidson College in 1996 and graduated from the University of Alabama School of Law in 2000. While in law school, Mr. Pruet was named to the Order of the Coif and selected as a Hugo Black Scholar. He was also a member of the Jessup International Moot Court Team and a member of the *Alabama Law Review* where he served as an Articles Editor.

Mr. Pruet is a member of the American Bar Association, the Defense Research Institute, the Alabama State Bar, and the Birmingham Bar Association.

He is a proud husband and father of two.

-- Select An Attorney --



**Practice Areas:**

- Business Litigation
- Product Liability
- Corporate Plaintiffs Litigation
- Construction Litigation and Advice
- Consumer Fraud and Bad Faith

**Education:**

- J.D., University of Alabama School of Law, 2000, *magna cum laude*.
- B.A., Davidson College, 1996.

**Admitted:**

- Alabama, 2000

---

Our Firm | Practice Areas | Attorneys | Technology | Recruiting
News & Events | Client Extranet | Contact Us | Home

© 2006 Lightfoot, Franklin & White, LLC
Disclaimer

**LIGHTFOOT FRANKLIN & WHITE**
TRIAL & APPELLATE COUNSEL

# JOHN D. MAYO
Associate

Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

**Direct Dial:** (205) 581-0769
**E-mail:** jmayo@lightfootlaw.com
**Fax:** (205) 380-9169

-- Select An Attorney --



John Mayo joined the firm in 2006 after receiving his Juris Doctorate degree, *cum laude*, from the University of Mississippi School of Law. Currently John is admitted to practice in all federal and state courts in Alabama and Mississippi and the 5th and 11th Circuit Courts of Appeal. John is also a member of the Defense Research Institute, Alabama Defense Lawyers Association and the American, Alabama, and Birmingham Bar Associations. John's legal practice includes products liability, IP, environmental, commercial, and general litigation.

Prior to law school, John worked for five years as an environmental and geotechnical engineer. As a geotechnical engineer in Atlanta, John was involved in the Jackson-Hartsfield Fifth Runway expansion and City of Atlanta CSO Tunnel projects. John received his Bachelor of Science degree in Geological Engineering from the University of Mississippi in 1998.

John and his wife Lacey are the proud parents of Ian James Mayo, who was born on July 19, 2007. John is originally form Louisville, Mississippi. In his spare John enjoys golf, hiking, and Ole Miss Athletics.

**Practice Areas:**

- Electronic Discovery and Digital Information
- Product Liability
- Environmental and Toxic Torts
- Business Litigation

**Education:**

- J.D., University of Mississippi School of Law, 2006, *cum laude*.
- B.S., University of Mississippi, 1998.

**Admitted:**

- Alabama, 2006