IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CIRCLE K STORES, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:07cv474-ID |
| v. | ) |
| | ) |
| **JAMES M. KING,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Circle K Stores' Renewed and Revised Petition for Award of Attorney's Fees and Expenses (Doc. No. 24), which the court construes as a Motion for same, it is ORDERED that Defendant James M. King show cause, if any there be, on or before March 18, 2008, why said Motion should not be granted.

DONE this 10th day of March, 2008.

                        /s/ Ira DeMent
                        SENIOR UNITED STATES DISTRICT JUDGE