IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CIRCLE K STORES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:07cv474-ID |
| v. | ) |
| | ) |
| MICHAEL W. KING, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Before the court is Plaintiff Circle K Stores' ("Circle K") Renewed and Revised Motion for Award of Attorney's Fees and Expenses, made pursuant to express authorization in the lease agreement at issue in this case. (Circle K Mot. (Doc. No. 24)); (Lease Agreement ¶ 19 (Ex. to Doc. No. 9).) The court gave Defendant James M. King ("King") an opportunity to respond to the Motion, but he failed to do so. (Order (Doc. No. 25.) The Renewed Motion is accompanied by an affidavit. The affidavit identifies three attorneys and one paralegal by name, the number of hours the attorneys and paralegal performed in connection with this case, and their hourly rates. Because no objection has been interposed by King, the court applies the requested hourly rates "for purposes of this fee petition only." Anderson v. Unum Life Ins. Co. of Am., No. 01-894, 2007 WL 604728, *9 (M.D. Ala. Feb. 22, 2007). Furthermore, having carefully reviewed the affidavit and accompanying exhibits, the court finds that Circle K has met its burden

of demonstrating that the requested fees and expenses were necessarily incurred and reasonable in amount.  Accordingly, it is

CONSIDERED and ORDERED that Circle K's Renewed and Revised Motion for Award of Attorney's Fees and Expenses be and the same is hereby GRANTED and that Circle K HAVE and RECOVER from King $9,482.64 in attorney's fees and expenses, for which let execution issue.

DONE this 19th day of March, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE